No. 384, Misc. JOHNSON v. COOK COUNTY CRIMINAL COURT ET AL. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 389, Misc. JENNINGS v. RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 394, Misc. KING v. CRANOR, SUPERINTENDENT. Supreme Court of Washington. Certiorari denied.

No. 396, Misc. MEDLEY v. EIDSON, WARDEN. Supreme Court of Missouri. Certiorari denied.

No. 397, Misc. VAN HORN v. ROBINSON, WARDEN. Circuit Court of Clay County, Illinois. Certiorari denied.

No. 401, Misc. HARRIS v. ROBINSON, WARDEN. Circuit Court of Sangamon County, Illinois. Certiorari denied.

No. 405, Misc. SMYTHE v. UNITED STATES. C. A. 3d Cir. Certiorari denied. Reported below: 186 F. 2d 507.

No. 385, Misc. FRANKLIN v. MAXWELL, JUDGE, ET AL. The petition for writ of certiorari to the Circuit Court of Washington County, Nashville, Illinois, is denied without consideration of the questions raised therein and without prejudice to the institution by petitioner of proceedings in any Illinois state court of competent jurisdiction under the Act of August 4, 1949, entitled: "An Act to provide a remedy for persons convicted and imprisoned in the penitentiary, who assert that rights guaranteed them by the Constitution of the United States or the State of Illinois, or both, have been denied or violated, in proceedings in which they were convicted." Ill. Laws 1949, p. 722.